GRACE BARTON *v.* WILLIAM DUNLAP ET AL.
[No. 99, October Term, 1930.]

*Decided February 13th, 1931.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, DIGGES, PARKE, and SLOAN, JJ.

*Stevenson A. Williams* and *H. Courtenay Jenifer,* with whom was *Fred R. Williams* on the brief, for the appellant.

*John S. Young* and *Charles H. MacNabb,* with whom was *John D. C. Duncan* on the brief, for the appellee.

The opinion was delivered *per Curiam.*